IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WALTER LEE WALTON,**  **PETITIONER**
**ADC #098357**

v.   CASE NO. 5:14CV00205 BSM

**RAY HOBBS, Director,**  **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The recommended disposition filed by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful consideration, the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects. Accordingly, Walter Lee Walton's petition for writ of habeas corpus [Doc. No. 2] is denied and dismissed with prejudice.

When entering a final order adverse to a habeas corpus petitioner, a certificate of appealability must be issued or denied. *See* Rule 11 of the Rules Governing Section 2554 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)–(2). As no such showing has been made, a certificate of appealability is denied.

IT IS SO ORDERED this 13th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE