IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WALTER LEE WALTON,**                                             **PETITIONER**
ADC #098357

v.                  CASE NO. 5:14CV00205 BSM

**RAY HOBBS, Director,**                                      **RESPONDENT**
Arkansas Department of Correction

## JUDGMENT

Consistent with the order entered this day, the petition is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of February 2015.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE